**DYKEMA GOSSETT LLP**
DAVID S. KILLORAN, State Bar No. 156791
  DKilloran@dykema.com
ABIRAMI GNANADESIGAN, State Bar No. 263375
  AGnanadesigan@dykema.com
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendants,
VISIONWORKS OF AMERICA, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA QUINN, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISIONWORKS OF AMERICA, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-CV-02780-TLN-SCR<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO FILE A RESPONSIVE PLEADING TO THE COMPLAINT BY 30 DAYS**<br><br>Judge: Hon. Troy L. Nunley<br><br>Action Filed:      9-9-24 |

## ORDER GRANTING STIPULATION EXTENDING TIME TO FILE A RESPONSIVE PLEADING TO THE COMPLAINT BY 30 DAYS

Pursuant to Local Rule 144 (Fed. R. Civ. P. 6), Lynda Quinn, ("Plaintiff"), and Visionworks of America, Inc.'s ("Visionworks" and together with Plaintiff, the "Parties") Stipulation Extending Time to File a Responsive Pleading By 30 Days to attempt to settle the matter without further litigation is hereby **GRANTED**. Visionworks must answer, move, or otherwise respond to the Complaint by January 13, 2025 (30 days from December 13, 2024).

**IT IS SO ORDERED.**

DATED: December 11, 2024

_____
Troy L. Nunley
Chief United States District Judge