**DYKEMA GOSSETT LLP**
DAVID S. KILLORAN, State Bar No. 156791
  *DKilloran@dykema.com*
ABIRAMI GNANADESIGAN, State Bar No. 263375
  *AGnanadesigan@dykema.com*
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant,
VISIONWORKS OF AMERICA, INC.

**LAW OFFICES OF ZEV B. ZYSMAN**
A Professional Corporation
ZEV B. ZYSMAN, State Bar No. 176805
zev@zysmanlawca.com
15760 Ventura Boulevard, Suite 700
Encino, CA 91436
Telephone: (818) 783-8836

Attorneys for Plaintiff and
the Proposed Class

# IN THE UNITED STATES DISTRICT COURT

# FOR EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA QUINN, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISIONWORKS OF AMERICA, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-CV-02780-TLN-SCR<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO EXTEND DEADLINES FOR SUBMITTING DISPOSITIONAL DOCUMENTS AND RESPONSE TO COMPLAINT; ORDER** |

1 Pursuant to Local Rule 160 (Fed. R. Civ. P. 16), Lynda Quinn, ("Plaintiff"), and Visionworks
2 of America, Inc. ("Visionworks" and together with Plaintiff, the "Parties") notify the Court that the
3 Parties have reached a settlement in principle of this matter.  The Parties anticipate that the long-
4 form settlement agreement will be fully executed within the next two weeks.  To enable sufficient
5 time to complete the negotiations as to the long form settlement, the Parties agree and jointly request
6 that the deadline for filing a  dismissal of this case be continued until February 11, 2025.  Because
7 the current deadline to respond to Plaintiff's Complaint is January 27, 2025, the Parties further
8 request that if they do not settle this dispute by February 11, 2025, the deadline to respond to the
9 Complaint be extended until February 18, 2025.

DATED:  January 27, 2025

DYKEMA GOSSETT LLP

By:   */s/ Abirami Gnanadesigan*
    ABIRAMI GNANADESIGAN
    DAVID S. KILLORAN
    Attorneys for Defendant, VISIONWORKS OF AMERICA, INC.

DATED:  January 27, 2025

LAW OFFICES OF ZEV B. ZYSMAN, APC

By:   */s/ Zev B. Zysman*
    ZEV B. ZYSMAN
    Attorneys for Plaintiff and the Proposed Class

**IT IS SO ORDERED.**

Dated: January 27, 2025

Troy L. Nunley
Chief United States District Judge